**Order entered September 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01073-CR

**WARREN RAY PATTON, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 14-00353-422-F**

## ORDER

Before the Court is the State's September 21, 2015 motion to extend the time for filing the State's brief. The State's brief was received by the Court on September 22, 2015. This case is set for submission with oral argument on September 23, 2015.

The Court **GRANTS** the State's September 21, 2015 motion to extend the time for filing the State's brief. The State's brief is deemed filed as of the date of this order.

/s/   DOUGLAS S. LANG
PRESIDING JUSTICE